UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON

IN RE:

WILLIAM PATRICK PORTER                                    CASE NO. 13-20527

DEBTOR(S)

NATIONAL MULTIFAMILY INVESTORS LLC

INVESTORS MANAGEMENT GROUP, INC.                          PLAINTIFF(S)

v.                                                        ADV. NO. 13-2026

WILLIAM PATRICK PORTER                                    DEFENDANT(S)


***ALL PLEADINGS REGARDING THIS MATTER MUST BE CAPTIONED WITH
THE ABOVE ADVERSARY PROCEEDING AND BANKRUPTCY CASE NUMBERS

**SUMMONS**

YOU ARE SUMMONED and required to file electronically a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days after the date of issuance of this summons.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney at the following address:

        Claude R. Bowles, Jr.
        3500 National City Tower
        101 S. 5th St.
        Louisville, KY 40202

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

## SUMMONS
## ADV. NO. 13-2026

**IF YOU FAIL TO RESPOND TO THE SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Jerry D. Truitt, Clerk
US Bankruptcy Court

By: *Nancy Watkins*
Nancy Watkins, Deputy Clerk

Date of Issuance: July 29, 2013